# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
MARIBEL RODRIGUEZ,
Plaintiff,
v.
CITY OF CHICAGO, et al.,
Defendants.

Case Number:

FILED STAMP: APRIL 9, 2008
08CV2020    J. N.
JUDGE CASTILLO
MAG. JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARIBEL RODRIGUEZ

| | |
|---|---|
| NAME (Type or print) Jeffrey B. Granich | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Jeffrey B. Granich | |
| FIRM Law Office of Jeffrey B. Granich | |
| STREET ADDRESS 53 West Jackson Blvd., Suite 840 | |
| CITY/STATE/ZIP Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6207030 | TELEPHONE NUMBER 312-939-9009 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |