## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2020          Assigned/Issued By: J. N.

Judge Name: CASTILLO          Designated Magistrate Judge: COLE

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other ____
             ☐ $455.00

Number of Service Copies ____          Date: ____

*(For use by Fiscal Department Only)*

Amount Paid: 350          Receipt #: 2682284

Date Payment Rec'd: 4-9-08          Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ ____
   *(Type of Writ)*                    *(Type of issuance)*

4 Original and 0 copies on 4-10-08 as to ALL DEFENDANTS
                         *(Date)*