AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

MARIBEL RODRIGUEZ,

    Plaintiff,

v.

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICERS
M. B. KAZARNOWICZ, Star No. 9003, M. J. LOPEZ, Star No. 7839, and VIRGINIA
WARNECKE, Beat No. 1134,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV2020

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE COLE

TO: (Name and address of Defendant)

CITY OF CHICAGO
City of Chicago
121 Rm. 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY B. GRANICH
53 West Jackson Boulevard
Suite 840
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_(By) DEPUTY CLERK_ [signature: Jannette Nuñez]

April 10, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: 4-18-08 |
| NAME OF SERVER (PRINT): AARON Willoughby | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: NANCY NIEMINSKI Authorized To Accept Service For City Of Chicago

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-14-08

Signature of Server: [signature]

Address of Server: 3152 South Prairie Ave, Chicago IL 60616

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.