**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARIBEL RODRIGUEZ, | ) | |
| | ) | No. 08 C 2020 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICERS | ) | Judge Castillo |
| M. B. KAZARNOWICZ, Star No. 9003, | ) | |
| M. J. LOPEZ, Star No. 7433, and | ) | Magistrate Judge Cole |
| VIRGINIA WARNECKE, Beat No. 1134, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:              Jeffrey B. Granich
                 53 W. Jackson Blvd., Unit 840
                 Chicago, IL 60604

Please take notice that on May 6, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead,** a copy of which was thereby served upon you.

Please take further notice that I will appear before the Honorable Judge Castillo or such other Judge or Magistrate Judge sitting in his stead, on May 13, 2008 at 09:45 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead** on plaintiff's attorneys of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on May 6, 2008.

                                    Respectfully submitted,

City of Chicago Department of Law      */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020       Bhairav Radia
Chicago, IL 60602                      Assistant Corporation Counsel
(312) 744-6919