UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Maribel Rodriguez
                        Plaintiff,

v.                                                Case No.: 1:08−cv−02020
                                                  Honorable Ruben Castillo

City of Chicago, Illinois, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Defendant City of Chicago's agreed motion for extension of time to answer or otherwise plead [11] is granted. All defendants are given until 6/2/2008 to answer or otherwise plead to the complaint. Motion hearing set for 5/13/2008 is vacated. The parties are directed to file a joint status report on or before 6/12/2008. The Court will hold a settlement conference in chambers on 6/17/2008 at 4:30 PM. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.