## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Maribel Rodriguez, Plaintiff

v.    Case Number: 08 C 2020

City of Chicago, et. al.    Judge Castillo

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Chicago Police Officers Marcin Kazarnowicz and Martin Lopez, City of Chicago

| (A) | | | | (B) | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE | /s/ Mary McCahill | | | SIGNATURE | | | |
| NAME | MARY MCCAHILL | | | NAME | | | |
| FIRM | CORPORATION COUNSEL'S OFFICE | | | FIRM | | | |
| STREET ADDRESS | 30 N. LaSALLE ST., SUITE 1400 | | | STREET ADDRESS | | | |
| CITY/STATE/ZIP | CHICAGO, IL 60602 | | | CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER | (312) 742-6404 | | | TELEPHONE NUMBER | | | |
| IDENTIFICATION NUMBER | 06277989 | | | IDENTIFICATION NUMBER | | | |
| MEMBER OF TRIAL BAR? | YES X | NO ☐ | | MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | |
| TRIAL ATTORNEY? | YES X | NO ☐ | | TRIAL ATTORNEY? | YES ☐ | NO ☐ | |
| | | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | |

| (C) | | | | (D) | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE | | | | SIGNATURE | | | |
| NAME | | | | NAME | | | |
| FIRM | | | | FIRM | | | |
| STREET ADDRESS | | | | STREET ADDRESS | | | |
| CITY/STATE/ZIP | | | | CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER | | | | TELEPHONE NUMBER | | | |
| IDENTIFICATION NUMBER | | | | IDENTIFICATION NUMBER | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | | MEMBER OF TRIAL BAR? | YES ☐ | NO ☐ | |
| TRIAL ATTORNEY? | YES ☐ | NO ☐ | | TRIAL ATTORNEY? | YES ☐ | NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☐ | |