UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIBEL RODRIGUEZ; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 2020 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| CHICAGO POLICE OFFICERS | ) | Judge Castillo |
| M.B. KAZARNOWICZ, Star No. 9003, | ) | |
| M.J. Lopez, Star No. 7433 and | ) | Magistrate Judge Cole |
| VIRGINIA WARNECKE, Beat No. 1134 | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Jeffrey Granich
53 W. Jackson Blvd., Suite 840
Chicago, IL 60607

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States district Court for the Northern District of Illinois, Eastern Division, an **DEFENDANT OFFICER KAZARNOWICZ' AND LOPEZ' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Castillo, or before such other Judge sitting in his place or stead, on **May 27, 2008 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2141** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois May 20, 2008

Respectfully submitted,

/s/ Mary McCahill
MARY MCCAHILL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-6404
ATTORNEY NO. 06277989

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copies of the above and foregoing **NOTICE OF MOTION and DEFENDANT OFFICER KAZARNOWICZ' AND LOPEZ' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD** will be electronically sent to the person named in the foregoing Notice, at the address therein stated, on May 20, 2008.

Jeffrey Granich
53 W. Jackson Blvd., Suite 840
Chicago, IL 60607


/s/ Mary McCahill
MARY MCCAHILL