**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Maribel Rodriguez

                Plaintiff,

v.                                              Case No.: 1:08−cv−02020
                                                                  Honorable Ruben Castillo

City of Chicago, Illinois, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Defendant Officers Kazarnowicz and Lopez's agreed motion to enlarge time to answer or otherwise plead [15] is granted. Defendant Officers to answer or otherwise plead to the complaint on or before 6/30/2008. All parties to file the joint status report on or before 7/10/2008. Settlement conference reset to 7/16/2008 at 2:00 PM. Clients with settlement authority are directed to appear or be available by telephone. Motion hearing set for 5/27/2008, status report filing date of 6/12/2008 and settlement conference set for 6/17/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.