IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIBEL RODRIGUEZ,  )  )<br>       Plaintiff,  )<br>  v.  )  )<br>CITY OF CHICAGO, ILLINOIS, and  )<br>CHICAGO POLICE OFFICERS  )<br>M. B. KAZARNOWICZ, Star No. 9003,  )<br>M. J. LOPEZ, Star No. 7433, and  )<br>VIRGINIA WARNECKE, Beat No. 1134,  )  )<br>       Defendants.  ) | No. 08 C 2020<br><br>Judge Castillo<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:   Jeffrey B. Granich                           Mary McCahill
        53 W. Jackson Blvd., Unit 840         Assistant Corporation Counsel
        Chicago, IL 60604                           City of Chicago Department of Law
                                                       30 N. LaSalle Street, Suite 1400
                                                         Chicago, IL 60602

       Please take notice that on June 2, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Motion For An Extension Of Time To Answer Or Otherwise Plead,** a copy of which was thereby served upon you.

       Please take further notice that I will appear before the Honorable Judge Castillo or such other Judge or Magistrate Judge sitting in his stead, on June10, 2008 at 09:45 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

       I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Motion For An Extension Of Time To Answer Or Otherwise Plead** on plaintiff's attorneys of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on June 2, 2008.

                                                       Respectfully submitted,

City of Chicago Department of Law         */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020            Bhairav Radia
Chicago, IL 60602                                  Assistant Corporation Counsel
(312) 744-6919