IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIBEL RODRIGUEZ, ) | |
| ) | No. 08 C 2020 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ILLINOIS, and ) | |
| CHICAGO POLICE OFFICERS ) | Judge Castillo |
| M. B. KAZARNOWICZ, Star No. 9003, ) | |
| M. J. LOPEZ, Star No. 7433, and ) | Magistrate Judge Cole |
| VIRGINIA WARNECKE, Beat No. 1134, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:  Jeffrey B. Granich
     53 W. Jackson Blvd., Unit 840
     Chicago, IL 60604

Please take notice that on June 24, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead,** a copy of which was thereby served upon you.

Please take further notice that I will appear before the Honorable Judge Castillo or such other Judge or Magistrate Judge sitting in his stead, on July 1, 2008 at 09:45 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

I certify that I caused to be served a true copy of this notice and **Defendants' Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead** on plaintiff's attorney of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on June 24, 2008.

City of Chicago Department of Law        */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020         Bhairav Radia
Chicago, IL 60602                        Assistant Corporation Counsel
(312) 744-6919