UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIBEL RODRIGUEZ, ) | |
| ) | No. 08 C 2020 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ILLINOIS, and ) | |
| CHICAGO POLICE OFFICERS ) | Judge Castillo |
| M. B. KAZARNOWICZ, Star No. 9003, ) | |
| M. J. LOPEZ, Star No. 7433, and ) | Magistrate Judge Cole |
| VIRGINIA WARNECKE, Beat No. 1134, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Maribel Rodriguez and defendants City of Chicago, Marcin Kazarnowicz, Martin Lopez, and Virginia Warnecke, by their respective attorneys of record, that plaintiff's claims of malicious prosecution (count III) and intentional infliction of emotional distress (count V) should be dismissed with prejudice.

_____
Jeffrey Granich
Attorney for plaintiff Maribel Rodriguez
53 W. Jackson Blvd., Suite 840
Chicago, IL 60607
(312) 939-9009
Attorney No. 06207030
DATE: 7/8/08

Mara Georges
Corporation Counsel
City of Chicago
By: _____
Bhairav Radia
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6919
Attorney No. 06293600
DATE: 7/9/08

_____
Mary McCahill
Assistant Corporation Counsel
Attorney for defendants Kazarnowicz,
Lopez, and Warnecke
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-6404
Attorney No. 06277989
DATE: 7/8/08